IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM STEPHENSON,

    Plaintiff,

vs.                                          Case No. 2:08-cv-791

DIGITAL ANGEL, et al.,              Judge Michael H. Watson

    Defendants.

## ORDER

On October 6, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed as frivolous. Plaintiff was specifically advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED** as frivolous.

The Clerk shall enter **FINAL JUDGMENT**.

*/s/ Michael H. Watson*
Michael H. Watson, Judge
United States District Court